IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                      ORDER

          Plaintiff,

       v.                                                  07-cr-68-bbc

DION LAKE,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pursuant to the order of the court of appeals dated July 24, 2009, this court construes defendant Dion Lake's notice of appeal as including a request for an extension of time to file a notice of appeal. Defendant asserts that the institution where he is housed was on lock down status from May 6, 2009 to May 14, 2009 and defendant was not allowed access to the law library or legal materials during that time. Pursuant to Fed. R. App. 4, the court determines that defendant has made a showing of excusable neglect or good cause for the late filing of his notice of appeal.

1

ORDER

Defendant Dion Lake's request for an extension of time to file a notice of appeal is GRANTED.

Entered this 28th day of July, 2009.

                                            BY THE COURT:
                                            /s/
                                            BARBARA B. CRABB
                                            District Judge