IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                         ORDER

                Plaintiff,

                                                                         07-cr-68-bbc

     v.

DION LAKE,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       In an order entered on June 23, 2009, I denied defendant Dion Lake's request for leave to proceed in forma pauperis on appeal and gave him 30 days in which to ask the court of appeals to review the denial of his request to appeal in forma pauperis. The court of appeals remanded the case to this court to determine whether defendant should be granted an extension of the time for appeal, in light of his representation that his notice of appeal was delayed for two weeks as a consequence of a lockdown of the law library from May 6, 2009 to May 14, 2009.

       Defendant's notice of appeal was due May 18, 2009. The nine-day lockdown of the library deprived him of most of the time that the rules afford him for filing. Under the circumstances, I find that he has made a showing of good cause for the late filing of his

1

notice of appeal.

## ORDER

IT IS ORDERED that defendant Dion Lake's request for an extension of time in which to file his notice of appeal is GRANTED.

Entered this 28th day of July, 2009.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge